**No. 09-9203. Ruben Loya-Romero, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1929, 176 L. Ed. 2d 397, 2010 U.S. LEXIS 2432.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 134.

**No. 09-9204. Paul Makos, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1929, 176 L. Ed. 2d 397, 2010 U.S. LEXIS 2541.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 355 Fed. Appx. 256.

**No. 09-9205. Serafin Lopez-Tovar, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1929, 176 L. Ed. 2d 397, 2010 U.S. LEXIS 2498.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 353 Fed. Appx. 906.

**No. 09-9212. Dheadry Loyd Powell, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1930, 176 L. Ed. 2d 397, 2010 U.S. LEXIS 2517.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 359 Fed. Appx. 942.

**No. 09-9214. Michael Shane Carey, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1930, 176 L. Ed. 2d 397, 2010 U.S. LEXIS 2474.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 589 F.3d 187.

**No. 09-9216. Vernon Cooks, Jr., Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1930, 176 L. Ed. 2d 397, 2010 U.S. LEXIS 2520.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 589 F.3d 173.

**No. 09-9249. Rick Roy Schlotzhauer, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1930, 176 L. Ed. 2d 397, 2010 U.S. LEXIS 2366.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 356 Fed. Appx. 56.

**No. 09-9250. Julio Cesar Alvarado-Garcia, Petitioner v. United States.**

559 U.S. 1025, 130 S. Ct. 1930, 176 L. Ed. 2d 397, 2010 U.S. LEXIS 2369.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 212.